■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO DIAZ, Appellant. [932 NYS2d 757]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Martin Marcus, J.), rendered on or about March 9, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Saxe, Acosta, DeGrasse and Manzanet-Daniels, JJ.

■ ANGELA DAVIDO, Respondent-Appellant, v JORGE SALAZAR et al., Defendants, and JUDA CONSTRUCTION, LTD., Appellant-Respondent. [931 NYS2d 876]—

Juda failed to establish its entitlement to judgment as a matter of law on its defense that the Graves Amendment applied to shield it from vicarious liability for plaintiff's injuries (*see* 49 USC § 30106; *Graham v Dunkley*, 50 AD3d 55, 57-58 [2008], *appeal dismissed* 10 NY3d 835 [2008]). The record presents triable issues of fact with respect to whether Juda was a bona fide commercial lessor of motor vehicles and whether it had entered into a valid lease agreement with JCV, which was Salazar's employer. Concur—Mazzarelli, J.P., Saxe, Acosta, DeGrasse and Manzanet-Daniels, JJ.